AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **4:24-cv-00096-PK**

FILED
2025 JAN 2 AM 7:43
CLERK
U.S. DISTRICT COURT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Sherrie Williamson**
was recieved by me on **12/17/2024:**

- [X] I personally served the summons on the individual at **190 E Hospital Dr, Angleton, TX 77515** on **12/31/2024 at 8:52 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   12/31/2024

*Server's signature*

**Andy Larryike**
*Printed name and title*

**615 N Brazosport Blvd**
**Freeport, TX 77541**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; DECLARATION OF TERESA BROWN IN SUPPORT OF COMPLAINT, to Sherrie Williamson with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'10"-6'0" tall and weighing 240-300 lbs.**



Tracking #: 0153704894

