IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SHERRIE WILLIAMSON,<br><br>    Defendant. | **ORDER GRANTING DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS ALL CLAIMS**<br><br>Case No. 4:24-cv-00096<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

   This matter came before the Court on the Motion of Defendant, Sherrie Williamson, to dismiss all claims in the Original Complaint of Plaintiff Clinton Brown pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for lack of standing and failure to state a claim upon which relief can be granted.  Having considered the motion, any response, any replies, and the arguments of counsel,

   IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss Plaintiff's Original Complaint, and all claims asserted therein, including the claim for declaratory relief, brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, is hereby GRANTED, and Plaintiff's Original Complaint, including each claim contained therein, is DISMISSED WITH PREJUDICE.

   So ORDERED.  Let the judgment be entered accordingly.


Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE