IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SHERRIE WILLIAMSON,<br><br>    Defendant. | **ORDER GRANTING DEFENDANT'S REQUEST TO SET SCHEDULE RELATED TO PLAINTIFF'S PROPOSED AMENDED COMPLAINT**<br><br>Cause No. 4:24-cv-00096-PK<br><br>Magistrate Judge Paul Kohler |

    This matter came before the Court on the Request of Defendant, Sherrie Williamson, to Set a Schedule Related to Plaintiff's Proposed Amended Complaint.[1] Having considered the request, and any response,

    IT IS HEREBY ORDERED that the following Deadlines are set related to the filing of an Amended Complaint:

1. Deadline to file an Amended Complaint: February 14, 2025;

2. Deadline to file a Motion to Dismiss or Other Responsive Pleading: Fourteen (14) days after service of the Amended Complaint;

3. Deadline for Responses: Fourteen (14) days after service of the motion; and

4. Deadline for Replies: Fourteen (14) days after service of the response.

    It is further ORDERED that all other deadlines for this case are abated until after the anticipated motion is decided by the Court. The Court will provide the Parties with an amended Order to propose schedule at a later date.

---

[1] Docket No. 15, filed February 7, 2025.

Plaintiff's amendment discussed herein is an amendment pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff Clinton Brown reserves his right to amend under Rule(a)(1) to the extent available.

So ORDERED.

Dated: February 10, 2025

PAUL KOHLER
United States Magistrate Judge