# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SHERRIE WILLIAMSON,<br><br>    Defendant. | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br>Case No. 4:24-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

On January 21, 2025, Defendant filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] On February 14, 2025, Plaintiff filed a First Amended Complaint,[2] consistent with the Court's scheduling order issued on February 10, 2025.[3] Because Plaintiff's original complaint is no longer operative, Defendant's Motion to Dismiss is DENIED AS MOOT. Defendant may file a new motion to dismiss the First Amended Complaint consistent with the Court's scheduling order.

DATED this 28th day of February 2025.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge

---

[1] ECF No. 7.
[2] ECF No. 19.
[3] *See* ECF No. 17 at 1.