# United States District Court

## District of Utah

Clinton Brown,

    Plaintiff,

v.

Sherrie Williamson,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:24-cv-00096-AMA-PK

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed.

September 16, 2025
*Date*

BY THE COURT:

Ann Marie McIff Allen
United States District Judge